IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILDCAT LICENSING WI LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 19-839 (MN) (JLH) |
| | ) |
| FAURECIA, S.A., et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

WHEREAS, on December 23, 2019, Magistrate Judge Jennifer L. Hall issued a Report and Recommendation (D.I. 43) in this action, recommending that the Court grant-in-part and deny-in-part Defendants'[1] Motion to Dismiss and Strike Portions of the Complaint, or, Alternatively, For a More Definite Statement ("the Motion"; D.I. 16); and

WHEREAS, no party filed objections to the Report and Recommendation pursuant to 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record.

THEREFORE, IT IS HEREBY ORDERED this 8th day of January 2020 that the Report and Recommendation is ADOPTED. Defendants' Motion (D.I. 16) is GRANTED-IN-PART and DENIED-IN-PART. Consistent with the Recommendation:

    1.    Defendants' motion pursuant to Rule 12(b)(6) to dismiss the claims of direct infringement is DENIED;

---

[1] Faurecia S.A. is not a moving party and, therefore, not included in the term "Defendants". At the time of Defendants' motion, Faurecia S.A. had not yet been served with the Complaint. (*See*, D.I. 16 n.1)

2. Defendants' motion pursuant to Rule 12(b)(6) to dismiss the claims of indirect infringement is GRANTED and the claims of indirect infringement in the Complaint are DISMISSED;

3. Defendants' motion pursuant to Rule 12(f) to strike allegations of willful infringement is DENIED; and

4. Defendants' motion pursuant to Rule 12(e) for a more definite statement is DENIED.

IT IS FURTHER ORDERED that on or before January 29, 2020, Plaintiff may file an Amended Complaint to correct the deficiencies in the indirect infringement claims as outlined in the Report & Recommendation.

The Honorable Maryellen Noreika
United States District Judge